# MEMORANDA

OF

*CAUSES DECIDED DURING THE PERIOD EMBRACED IN THIS VOLUME.*

---

THE TOWN OF WESTCHESTER, Appellant, *v.* LOUIS F. HAFFEN et al., Respondents.

THE VILLAGE OF WILLIAMSBRIDGE, Appellant, *v.* LOUIS F. HAFFEN et al., Respondents.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. AUGUSTUS M. FIELD, Appellant, *v.* THE BOARD OF ALDERMEN OF THE CITY OF NEW YORK, Respondent.

These cases presented the same questions and were argued and decided with *The People ex rel. Henry C. Henderson* v. *The Board of Supervisors of the County of Westchester*, *ante*, page 1.

Judgment and orders affirmed, with costs.

All concur.